UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE SANTANA BALDERAS RAMOS,<br><br>    Defendant. | Case No. CR06-0436RSL<br><br>ORDER RE: FIRST STIPULATED<br>MOTION TO CONTINUE TRIAL DATE |

The above entitled Court having considered the first stipulated motion to continue the trial date of the parties, motion and order to seal, the records and files herein, including but not limited to the defendant's agreement to extend the time for trial and hereby makes the following findings of fact:

    1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. subsection 3161(h)(8)(B)(ii).

    2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interest of the public for a speedy trial within the meaning of 18 U.S.C. subsection 3161(h)(8)(A).

    IT IS THEREFORE ORDERED that the parties first stipulated motion to continue the trial date is hereby granted. The Court hereby continues the trial date from February 5,

ORDER RE: FIRST SITPULATED MOTION
TO CONTINUE TRIAL DATE - 1

WALSH & LARRANAGA
705 2ND Ave., #405
Seattle, WA 98104
(206) 325-7900

2007, to April 2, 2007, and excludes the time period from the date of the motion to April 2, 2007, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174. The pretrial motions deadline for the defense shall be extended from January 11, 2007, to March 5, 2007, and the deadline for the United States' response(s) is March 19, 2007.

IT IS ORDERED this 22nd day of January, 2007.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
WALSH & LARRANAGA

s/Jacqueline K. Walsh WSBA #21651
Attorney for Mr. Balderas Ramos
705 2ND Ave., #405
Seattle, WA  98104
Telephone: (206) 325-7900
Fax: (206) 322-4305
E-mail: jackie@jamlegal.com

THE UNITED STATES OF AMERICA

 s/ Andrew Colasurdo approved via e-mail
C. Andrew Colasurdo, Asst. US Attorney
Attorney for US Government
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone: (206) 553-4075
Fax: (206) 553-0755
E-mail: Andy.Colasurdo@usdoj.gov