UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE SANTANA BALDERAS RAMOS,<br><br>　　　　　Defendants. | Case No.: CR06-0436RSL<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENTS |

## ORDER

This Court finds that the defense motion to seal documents is appropriate and that the first stipulated motion to continue trial date should be filed under seal. NOW THEREFORE IT IS HEREBY ORDERED that the first stipulated motion to continue the trial date shall be filed under seal.

Dated this 22nd day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL
DOCUMENTS         - 1

WALSH & LARRANAGA
705 2ND AVE., #405
SEATTLE, WA 98104
(206)325-7900